# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

___

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, | Civil No. 09-2545 (JRT/JJG) |
| Plaintiff, | |
| v. | **ORDER FOR DISMISSAL** |
| KNISH CORPORATION, | |
| Defendant. | |

___

This matter is before the Court on the stipulation of dismissal filed by the parties on September 22, 2010 [Docket No. 30].

**IT IS HEREBY ORDERED** that the above-captioned matter be **DISMISSED WITH PREJUDICE** and without costs, fees or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**


DATED: September 23, 2010
at Minneapolis, Minnesota.
　　　　　　　　　　　　　　　　　　　　　　　s/ John R. Tunheim
　　　　　　　　　　　　　　　　　　　　　　JOHN R. TUNHEIM
　　　　　　　　　　　　　　　　　　　United States District Judge